UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL C. MARION, JR.,

Petitioner,

v.

DAVID SHOOK,

Respondent.

CASE NO. 3:26-CV-5573-KKE-DWC

ORDER FOR SERVICE AND RETURN, § 2241 PETITION

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. This Court, having reviewed the petition, hereby ORDERS as follows:

(1) The Clerk shall arrange for service upon Respondent David Shook and upon the Clark County Prosecuting Attorney of copies of the petition (Dkt. 5), of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.

(2) ***Within twenty (20) days after such service***, respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, respondent shall submit a memorandum of authorities in support of his

position, and should state whether an evidentiary hearing is necessary. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon petitioner.

(3) The return will be treated in accordance with LCR 7(d)(3). Accordingly, on the face of the answer, respondent(s) shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response not later than 21 days after the filing date of the response, and respondent(s) may file and serve a reply not later than 28 days after the filing date of the motion. Upon receipt of the return, the Court may expedite the briefing schedule if it is necessary.

(4) Filing by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed. Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(5) Motions

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(6) Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(7) The Clerk shall send a copy of this Order to Petitioner.

Dated this 17th day of August, 2026.

David W. Christel
United States Magistrate Judge